UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY SWANK | CIVIL ACTION |
| VERSUS | NO. 12-0937 |
| MEDICAL DIRECTOR DR. CASEY MCVEA | SECTION "B"(4) |

## ORDER AND REASONS

The plaintiff, Johnny Swank, filed a **Motion for Production for Personal Medical Records (Rec. Doc. No. 4)** seeking to an order to have the Warden of the B.B. "Sixty" Rayburn Correctional Center provide him with a copy of his inmate medical records.

Swank's motion is not a proper means of obtaining the documents he seeks. He must present any discovery requests to the appropriate party, or non-party, in accordance with Fed. R. Civ. P. 34 and/or Fed. R. Civ. P. 45.

To the extent Swank intends this motion as one to compel discovery from a defendant or non-party, he has not indicated any attempt to obtain the information directly from the appropriate party or non-party such to warrant intervention by the Court to compel responses. In fact, his discovery motion was submitted for filing with his complaint, which has not been served upon the defendant pending the Court's review of his *in forma pauperis* complaint for frivolousness pursuant to 28 U.S.C. § 1915, § 1915A and 42 U.S.C. § 1997e.

In addition, under Fed. R. Civ. P. 37(a)(1), the plaintiff also is required to provide a certification that he conferred with opposing counsel to amicably resolve any discovery dispute and to state why they were unable to agree or that opposing counsel refused to so confer after reasonable notice. Swank has not included a certification of this kind nor has he indicated in any other manner that he attempted to amicably resolve the discovery issues alleged before filing the motion. Thus, he is not entitled to a court order to compel discovery responses at this time. Accordingly,

**IT IS ORDERED** that Swank's **Motion for Production for Personal Medical Records (Rec. Doc. No. 4)** is **DENIED**.

New Orleans, Louisiana, this  23rd  day of April, 2012.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**